UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-46399 |
| | ) | |
| Latoya Steward, | ) | Response in Opposition to |
|     Debtor, | ) | Motions to Dismiss |
| | ) | |
| Latoya Steward, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Adv. Case No. 13-04284 |
| | ) | |
| Critique Services, LLC et al | ) | |
|     Defendants. | ) | |

**RESPONSE TO MOTIONS TO DISMISS**

    Comes now Plaintiff, by and through her attorneys of record, and in response to the Motions to Dismiss filed by the Defendants, state as follows:

1. For the reasons more fully stated in the Plaintiff's Memorandum in Opposition to Motions to Dismiss, the Motions to Dismiss should be denied.

2. The Plaintiff hereby requests leave to amend or supplement her complaint if the Court deems the complaint to be insufficiently pled.

    Wherefore the Plaintiff prays the Court Deny the Motions to Dismiss filed by the Defendants; and for such other relief as may be just and proper.

                                                                   RESPECTFULLY SUBMITTED

                                                                   /s/ David Gunn_____
                                                                   James J. Hallter #42003MO
                                                                   David N. Gunn #54880MO
                                                                   Attorney for Plaintiff
                                                                   2025 South Brentwood, Suite 206
                                                                   Brentwood, MO 63144
                                                                   314-961-9822
                                                                   314-961-9825 (facsimile)
                                                                   stlouis@tbcwam.com

## CERTFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically through the Court's ECF system on this 15th day of September, 2014 or by regular mail on the 16th of September, 2014 to those parties who were not noticed by ECF.

/s/ David Gunn
David Gunn

**Sharhonda Shahid**
Attorney for James Robinson
2200 N. Hwy 67
Suite 2123
Florissant, MO  63033

**Laurence D. Mass**
Attorney for Critique Services LLC
230 S. Bemiston Ave.
Suite 1200
St. Louis, MO  63105

**Ross Briggs**
4144 Lindell Blvd
Suite 202
St. Louis, MO  63108

**E. Rebecca Case**
7733 Forsyth Blvd. Suite 500
Saint Louis, MO 63105

**Office of U.S. Trustee**
111 South Tenth Street Suite 6353
St. Louis, MO 63102